IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUICEME, LLC, an Arizona limited liability company; JUICEME I, LLC, an Arizona limited liability company; JUICEME II, an Arizona limited liability company; JUICEME III, an Arizona limited liability company; JUICEME IV, LLC, an Arizona limited liability company; MIKE NEILL, an individual; PHI NGUYEN, an individual,<br><br>        Plaintiff(s),<br><br>        v.<br><br>BOOSTER JUICE LIMITED PARTNERSHIP dba BOOSTER JUICE; AW LIMITED PARTNERSHIP, an Oregon limited partnership; AW HOLDINGS, INC., a Nevada corporation; AW HOLDINGS CORPORATION dba BOOSTER JUICE, an Alberta, Canada corporation; DALE WISHEWAN, individually and in his official capacity; JONATHAN AMACK, individually and in his official capacity, and DOES 1-5, INCLUSIVE,<br><br>        Defendant(s). | Case No. 3:09-cv-01506 BR<br><br>**JOINT STATUS REPORT** |

      Pursuant to the Court's October 1, 2012 Order, the parties to this action hereby provide this status report:

1

**Status of Proceeding:**

1.  The arbitration hearing went forward before Arbitrator Jeffrey Batchelor, Esq., from February 20, 2012 through March 9, 2012.

2.  On July 5, 2012, the arbitrator issued an interim award.

3.  On November 12, 2012, the arbitrator issued the Final Award in favor of plaintiffs. All matters in the arbitration have now concluded.

4.  The parties are currently discussing satisfaction of the Final Award without the need for further Court proceedings. If the parties are unable to resolve this matter amicably, plaintiffs intend to initiate a confirmation proceeding with this Court.

Dated this 4th day of December, 2012.

| | |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | MULCAHY LLP |
| By: /s/ Keil M. Mueller<br>     Robert A. Shlachter, OSB No. 911718<br>     Email: rshlachter@stollberne.com<br>     Keil M. Mueller, OSB No. 085535<br>     Email: kmueller@stollberne.com | By: /s/ James M. Mulcahy<br>     James M. Mulcahy<br>     Email: jmulcahy@mulcahyllp.com<br>     (California SBN 213547)<br>     *Admitted pro hac vice* |
| 209 S.W. Oak Street, Fifth Floor<br>Portland, Oregon 97204<br>Telephone:   (503) 227-1600<br>Facsimile:   (503) 227-6840 | One Park Plaza LLC<br>Irvine, CA 92614<br>Telephone:   (949) 252-9377<br>Facsimile:   (949) 252-0090 |
| Attorneys for Defendants Booster Juice Limited Partnership, AW Limited Partnership, AW Holdings, Inc. and Jonathan Amack | Attorneys for Plaintiffs |