IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUICEME, LLC, an Arizona limited liability company; JUICEME I, LLC, an Arizona limited liability company; JUICEME II, LLC, an Arizona limited liability company; JUICEME III, LLC, an Arizona limited liability company; JUICEME IV, LLC, an Arizona limited liability company; MIKE NEILL, an individual; PHI NGUYEN, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>BOOSTER JUICE LIMITED PARTNERSHIP dba BOOSTER JUICE; AW LIMITED PARTNERSHIP, an Oregon limited partnership; AW HOLDINGS, INC., a Nevada corporation; AW HOLDINGS CORPORATION dba BOOSTER JUICE, an Alberta, Canada corporation; DALE WISHEWAN, individually and in his official capacity; JONATHAN AMACK, individually and in his official capacity, and DOES 1-5, INCLUSIVE,<br><br>Defendant(s). | Case No. 3:09-cv-01506 BR<br><br>STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD |

Page 1 -   STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Petitioners JuiceMe, LLC, JuiceMe I, LLC, JuiceMe II, LLC, JuiceMe III, LLC, JuiceMe IV, LLC, Mike Neill and Phi Nguyen, through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice, and the Petition for Order to Confirm Arbitration Award (Dkt. No. 65) is withdrawn. This dismissal is based on the stipulation of the parties and is without costs or fees to any party.

DATED this 6th day of August, 2013.

| | |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | MULCAHY LLP |
| By: /s/ Keil M. Mueller<br>    Robert A. Shlachter, OSB No. 911718<br>    Email: rshlachter@stollberne.com<br>    Keil M. Mueller, OSB No. 085535<br>    Email: kmueller@stollberne.com | By: /s/ James M. Mulcahy<br>  James M. Mulcahy<br>  (California SBN 213547)<br>  Admitted pro hac vice |
| 209 S.W. Oak Street, Fifth Floor<br>Portland, Oregon 97204<br>Telephone:    (503) 227-1600<br>Facsimile:    (503) 227-6840 | One Park Plaza LLC<br>Irvine, CA 92614<br>Telephone:    (949) 252-9377 |
| *Attorneys for Defendants Booster Juice Limited Partnership, AW Limited Partnership, AW Holdings, Inc. and Jonathan Amack* | *Attorneys for Plaintiffs* |

Page 2 -    STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840